IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL ALLEN KELLEY, )
)
        Petitioner, )
) Civil No. 07-852-TC
v. )
) ORDER
OREGON BOARD OF PAROLE, )
)
        Respondent. )
)

    Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on June 27, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's petition (#1) is denied. This proceeding is dismissed.

DATED this ____16th____ day of July, 2008.

_____
United States District Judge

2    - ORDER